UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE POLYESTER STAPLE ANTITRUST LITIGATION ) ) ) | MDL DOCKET NO: 3:03CV1516 *Civil Docket No.: 3:03CV404* |
| AMERICAN FIBER & FINISHING, INC., ) ) ) Plaintiff, ) ) vs. ) ) WELLMAN, INC., et al., ) ) Defendants. ) ) | |

**THIS MATTER** comes before the Court on the joint motion of Plaintiff American Fiber & Finishing, Incorporated ("American Fiber"), and Defendant Wellman, Incorporated ("Wellman") to dismiss Defendant Wellman with prejudice. (*MDL Individual Action No.: 3:03CV404*) American Fiber does not seek to dismiss any other claims or parties.

**IT IS HEREBY ORDERED** that the parties' joint motion is **GRANTED**. Accordingly, Defendant Wellman is **DISMISSED WITH PREJUDICE**. Pursuant to the parties' agreement, each party is to bear its own costs.

**Signed: October 11, 2005**

Richard L. Voorhees
United States District Judge