IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Action No.: 3:03-cv-404
MDL Docket No.: 3:03 1516

AMERICAN FIBER & FINISHING, INC.,

    Plaintiff,

v.

E.I. DUPONT DE NEMOURS & CO. ;
ALPEK S.A. DE C.V.;
DUPONT-AKRA POLYESTER, LLC;
DAK FIBERS LLC; WELLMAN, INC.;
NAN YA PLASTICS CORPORATION; NAN YA
PLASTICS CORPORATION, AMERICA;
ARTEVA SPECIALTIES, S.A.R.L.;
ARTEVA SERVICES LLC; KOCH INDUSTRIES, INC.;
HOECHST CELANESE CORPORATION;
HOECHST ARTIENGESELLSCHAFT;
ROBERT BRADLEY DUTTON;
and TROY F. STANLEY, SR.;

    Defendants.

## ORDER

For good cause shown, the above-captioned action is dismissed against Arteva Specialties, S.a.r.l.; Arteva Services LLC; Koch Industries, Inc.; and Troy F. Stanley, Sr. only, with prejudice and with each party to bear its own costs. This Order does not hereby dismiss any other claims or parties.

This 2nd day of FEB, 2006.

The Honorable Richard L. Voorhees